## Simmons vs. The United States.

On an indictment for permitting gaming in a grocery, if the jury find a verdict of guilty, but neglect to fix the fine, it is not erroneous for the court to impose it, if it does not exceed the lowest amount which is imposed by law for the offence, as the defendant cannot be prejudiced by such a judgment.

## Benedict vs. Weston.

In contracts for the sale of lands, by which one agrees to purchase and the other to convey, the undertakings of the respective parties are always dependant, unless a contrary intimation clearly appear.

The seller ought not to be compelled to part with his land without receiving the consideration, nor the purchaser to part with his money without an equivalent in return.

If either vendor or vendee wishes to compel the other to fulfil his contract, he must make his part of the agreement precedent.

The time fixed for performance is deemed the essence of the contract; and if the seller is not ready and able to perform on the day, the purchaser may elect to consider his contract at an end.

## Luckey vs. Pepper.

A note in the following words will not entitle the maker to the days of grace: " Good for —— dollars out of my grocery. A. B."

A note or bill of exchange for the payment of money *on demand*, does not entitle the payee to the days of grace.

## Jennison vs. Foltz.

A mortgager whose mortgage has been foreclosed has a right of redemption under the act of February, 17th, 1842; and may remain in possession of the land sold under the mortgage for 15 months, the term allowed to redeem the same.